**EXHIBIT 4**

| | |
|---|---|
| **From:** | Jinwei Zhang |
| **Sent:** | 4/15/2023 11:15:31 PM |
| **To:** | Keze Li 李科泽 |
| **Subject:** | Fwd: Numbers for Gaffney JV Deal |

Jinwei Zhang

Begin forwarded message:

> **From:** Andrea Siles <andrea@bit5ive.com>
> **Date:** April 14, 2023 at 3:15:45 PM PDT
> **To:** Jinwei Zhang <jinwei@cryptoinfiniti.com>
> **Cc:** Robert Collazo <robert@bit5ive.com>
> **Subject: Numbers for Gaffney JV Deal**
>
> Helene,
>
> Below is a breakdown of the numbers Robert has agreed to.
>
> The deposits/credits for Oklahoma totaling $540,457 will be rolled and applied to the Gaffney project. Your deposits of $158,400 for Gaffney are also intact and can be used for the new structure of the Gaffney project. Finally, we went over the numbers for the BTC loss on both sites. When we originally agreed to honor these losses, our financial reality was different. Unfortunately much has changed and we cannot agree to honor the whole cost. This is something we want to honor but taking into the account the whole sum is simply not feasible for us. If we were to do that, realistically we may not financially recover and it may lead to bankruptcy. Robert has agreed to honor $57,991.07 for the btc loss, which is half of the loss calculated for the Oklahoma site. I think we could probably round up on that number and make it even if it's easier to keep track of. The company will be unable to honor the btc loss calculations for the Gaffney site. As mentioned, this is something we very much had every intention of doing and if possible, we would.
>
> This means, a grand total of $756,848.07 will roll over to the Gaffney project in favor of Crypto Infiniti.
>
> As stated before, the two containers on the Gaffney property belong to Crypto Infiniti. If Crypto Infiniti were to pull out of the project, you will be able to take 2 containers with you.

We have submitted all the paperwork to the Gaffney board of public works. Both Nick and Gio will be available to assist your employee in the retrieval and packing of your miners in Gaffney, SC. Unfortunately, due to the current circumstance in Oklahoma, your employee will not be allowed on the site by the landlord. However, Orlando is packing your hardware. The plan is to send 60 miners out early next week and another 25-30 by the end of the week. That means we will be able to retrieve about 90 S19 miners from the site this coming week. If you have a preference on the speed of the miners, please let us know.

Robert is nearly done with negotiations in Oklahoma and once that's done, the rest of the inventory can be pulled out. We will keep you informed on this so your employee can schedule his trip for the retrieval with ample anticipation.

As always, please feel free to reach out any questions and concerns. I'm at your service. Thank you for your continued patience and trust.
--



### Andrea Siles

Chief Customer Officer / Director of Operations

Bit5ive LLC



Andrea@Bit5ive.com

www.Bit5ive.com

12301 NW 112th Ave, Suite 109, Medley, Fl 33178

WARNING: Wire Fraud Advisory: Due to an increase in email hacking/phishing, buyers, sellers and lenders should confirm all wiring instructions by phone directly with our office before transferring any funds, especially if you received wiring instructions via email.

This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s)named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.