

**EXHIBIT 5**

**From:** Jinwei Zhang <jinwei@cryptoinfiniti.com>
**Date:** May 8, 2023 at 10:31:12 AM PDT
**To:** TSpeer@foxrothschild.com, Alonzo Pierce <ap@blockquarry.io>
**Cc:** Keze Li 李科泽 <keze.li@starwin.com>
**Subject: Helene Gaffney, SC Invemtory: Pod 10 + 11**

Hi Alonzo,

Please see attached Serial numbers miners are in the Pods for South Carolina site. I will double check on miners that are not in the pod. Thanks

Jinwei Zhang



**From:** Alonzo Pierce <ap@blockquarry.io>
**Date:** May 8, 2023 at 2:47:19 PM PDT
**To:** Jinwei Zhang <jinwei@cryptoinfiniti.com>
**Cc:** TSpeer@foxrothschild.com, Keze Li 李科泽 <keze.li@starwin.com>
**Subject: Re: Helene Gaffney, SC Invemtory: Pod 10 + 11**

Helen,

We  we are trying to get our accountant right. We have never been able to get proper accounting for those Pods you were being hosted in. I know you have hosting contract with Bit5 as well as deposit payment. However nothing was forwarded to us.

I'm only asking. You don't have to agree.

Regards,

A. V. Pierce



> On May 8, 2023, at 3:57 PM, Jinwei Zhang <jinwei@cryptoinfiniti.com> wrote:
>
> Paid receipt for which month? What's the reason to provide that?
>
> Jinwei Zhang
>
>> On May 8, 2023, at 10:52 AM, Alonzo Pierce <ap@blockquarry.io> wrote:

Thank you. Also paid receipts for invoices for the months power was provided.

Regards,

A. V. Pierce



> On May 8, 2023, at 12:31 PM, Jinwei Zhang <jinwei@cryptoinfiniti.com> wrote:
>
> Hi Alonzo,
>
> Please see attached Serial numbers miners are in the Pods for South Carolina site. I will double check on miners that are not in the pod. Thanks
>
> <Helene Gaffney, SC Invemtory: Pod 10 + 11.xlsx>
>
> Jinwei Zhang



**From:** Jinwei Zhang <jinwei@cryptoinfiniti.com>
**Date:** May 8, 2023 at 10:31:12 AM PDT
**To:** TSpeer@foxrothschild.com, Alonzo Pierce <ap@blockquarry.io>
**Cc:** Keze Li 李科泽 <keze.li@starwin.com>
**Subject: Helene Gaffney, SC Invemtory: Pod 10 + 11**

Hi Alonzo,

Please see attached Serial numbers miners are in the Pods for South Carolina site. I will double check on miners that are not in the pod. Thanks

Jinwei Zhang

| SERIAL NUMBER | MODEL AND SPEED |
|---|---|
| YNAHD4BBAAJAB0213 | s19jpro 100th |
| THQGDXBBBJCJI0CGW | s19jpro 100th |
| THQGDXABBJDJG0YK1 | s19jpro 104th |
| YNAHD4BBAAJAC0201 | s19jpro 100th |
| YNAHD4BBAJICJ0270 | s19jpro 100th |
| YNAHD4CBAAJAC0267 | s19jpro 104th |
| YNAHD4BBAAJJH0141 | s19jpro 100th |
| YNAHD4CBAAJJH0627 | s19jpro 104th |
| YNAHD4CBAAJJF0001 | s19jpro 104th |
| YNAHD4CBAAJJD00FV | s19jpro 104th |
| YNAHD4BBAAJJG0494 | s19jpro 100th |
| YNAHD4CBAAJBA00ZA | s19jpro 104th |
| THQGDWABBJCJB0489 | s19jpro 104th |
| YNAHD4CBAAJJD005L | s19jpro 104th |
| YNAHD4CBAJIBE00CG | s19jpro 104th |
| YNAHD4CBAAJJH0157 | s19jpro 104th |
| YNAHD4CBAAJAC0167 | s19jpro 104th |
| YNAHD4CBAJICJ0432 | s19jpro 104th |
| YNAHD4CBAAJJG0560 | s19jpro 104th |
| YNAHD4CBAJIBJ00G4 | s19jpro 104th |
| YNAHD4BBAAJJG0097 | s19jpro 100th |
| YNAHD4BBAJIBA0002 | s19jpro 100th |
| THQGDXBBBJCJI0CGV | s19jpro 100th |
| YNAHD4BBAAJAB0464 | s19jpro 100th |
| YNAHD4BBAAJJG0647 | s19jpro 100th |
| YNAHD4BBAAJAC0413 | s19jpro 100th |
| YNAHD4CBAJICJ0086 | s19jpro 104th |
| YNAHD4CBAAJJD007M | s19jpro 104th |
| THQGDXBBBJCJI0DTM | s19jpro 100th |
| YNAHD4BBAAJAA0030 | s19jpro 100th |
| YNAHD4CBAAJJD003C | s19jpro 104th |
| YNAHD4CBAAJJD0029 | s19jpro 104th |
| YNAHD4BBAAJAC0246 | s19jpro 100th |
| YNAHD4CBAJICJ0235 | s19jpro 104th |
| YNAHD4CBAAJAC0515 | s19jpro 104th |
| YNAHD4CBAAJBA00YY | s19jpro 104th |
| YNAHD4CBAAJJD006S | s19jpro 104th |
| THQGDXBBBJCJI0DP5 | s19jpro 100th |
| YNAHD4CBAJIAF0092 | s19jpro 104th |
| YNAHD4CBAAJAD0091 | s19jpro 104th |
| YNAHD4CBAJIBJ002Z | s19jpro 104th |
| YNAHD4BBAAJAC0541 | s19jpro 100th |
| YNAHD4BBAAJAC0746 | s19jpro 100th |

| | |
|---|---|
| YNAHD4BBAAJAB0293 | s19jpro 100th |
| YNAHD4CBAJIAF0091 | s19jpro 104th |
| YNAHD4CBAAJAB0797 | s19jpro 104th |
| YNAHD4BBAJIAE000H | s19jpro 100th |
| YNAHD4BBAAJAC0783 | s19jpro 100th |
| YNAHD4CBAAJJD00E4 | s19jpro 104th |
| YNAHD4CBAAJAC0288 | s19jpro 104th |
| YNAHD4CBAAJAC0837 | s19jpro 104th |
| YNAHD4BBAAJAC0539 | s19jpro 100th |
| YNAHD4CBAJIBJ001S | s19jpro 104th |
| YNAHD4CBAAJAC0728 | s19jpro 104th |
| YNAHD4CBAAJAC0724 | s19jpro 104th |
| YNAHD4BBAJICJ0050 | s19jpro 100th |
| YNAHD4BBAAJAC0077 | s19jpro 100th |
| YNAHD4BBAAJAC0554 | s19jpro 100th |
| YNAHD4CBAAJJD002P | s19jpro 104th |
| YNAHD4CBAAJJH0533 | s19jpro 104th |
| YNAHD4CBAAJAD0174 | s19jpro 104th |
| YNAHD4BBAAJJG0492 | s19jpro 100th |
| YNAHD4CBAAJJG0544 | s19jpro 104th |
| YNAHD4CBAAJJG0536 | s19jpro 104th |
| YNAHD4BBAAJAB0792 | s19jpro 100th |
| THQGDWABBJCJB7239 | s19jpro 104th |
| YNAHD4CBAJIAE009R | s19jpro 104th |
| YNAHD4CBAAJAC0789 | s19jpro 104th |
| YNAHD4CBAAJJH0258 | s19jpro 104th |
| YNAHD4BBAAJAC0670 | s19jpro 100th |
| YNAHD4CBAJICJ0023 | s19jpro 104th |
| YNAHD4BBAJIBE005Z | s19jpro 100th |
| YNAHD4CBAAJJG0359 | s19jpro 104th |
| YNAHD4CBAAJAD0156 | s19jpro 104th |
| YNAHD4CBAJICJ0316 | s19jpro 104th |
| YNAHD4BBAAJJH0667 | s19jpro 100th |
| YNAHD4BBAJIBG00AV | s19jpro 100th |
| YNAHD4CBAAJJH0316 | s19jpro 104th |
| YNAHD4CBAJICJ0313 | s19jpro 104th |
| YNAHD4BBAAJJG0585 | s19jpro 100th |
| YNAHD4CBAAJJG0510 | s19jpro 104th |
| YNAHD4CBAJICJ0290 | s19jpro 104th |
| YNAHD4BBAJIBG00BM | s19jpro 100th |
| YNAHD4BBAJIBB00ZG | s19jpro 100th |
| YNAHD4CBAAJAB0811 | s19jpro 104th |
| YNAHD4CBAAJAD0193 | s19jpro 104th |
| YNAHD4CBAJICJ0068 | s19jpro 104th |

| | |
|---|---|
| YNAHD4CBAJICJ0200 | s19jpro 104th |
| THQGDXABBJDJG103V | s19jpro 104th |
| YNAHD4BBAAJJG0504 | s19jpro 100th |
| YNAHD4BBAJIBG00AX | s19jpro 100th |
| YNAHD4BBAAJJG0110 | s19jpro 100th |
| YNAHD4CBAAJAB0771 | s19jpro 104th |
| YNAHD4CBAJICJ0014 | s19jpro 104th |
| YNAHD4BBAAJAB0332 | s19jpro 100th |
| YNAHD4CBAJICJ0407 | s19jpro 104th |
| YNAHD4CBAJICJ0189 | s19jpro 104th |
| YNAHD4BBAAJAB0288 | s19jpro 100th |
| YNAHD4CBAJICJ0224 | s19jpro 104th |
| YNAHD4CBAJICJ0016 | s19jpro 104th |
| YNAHD4BBAJIBB013B | s19jpro 100th |
| YNAHD4CBAAJJD007T | s19jpro 104th |
| THQGDWABBJCJB7229 | s19jpro 104th |
| YNAHD4CBAJICJ0198 | s19jpro 104th |
| YNAHD4BBAJIBB00ZA | s19jpro 100th |
| YNAHD4BBAAJAF0715 | s19jpro 100th |
| THQGDWABBJCJB7158 | s19jpro 104th |
| THQGD4BBBJABF2186 | s19jpro 100th |
| YNAHD4CBAAJAC0069 | s19jpro 104th |
| YNAHD4CBAAJBC0041 | s19jpro 104th |
| YNAHD4CBAAJJG0550 | s19jpro 104th |
| YNAHD4CBAAJBA00YZ | s19jpro 104th |
| YNAHD4BBAAJAC0410 | s19jpro 100th |
| YNAHD4CBAAJAC0062 | s19jpro 104th |
| YNAHD4CBAAJJD007W | s19jpro 104th |
| YNAHD4BBAJIBG00C2 | s19jpro 100th |
| YNAHD4CBAAJJD0082 | s19jpro 104th |
| THQGDWABBJCJB7211 | s19jpro 104th |
| YNAHD4CBAAJBA00YA | s19jpro 104th |
| YNAHD4BBAJIBG00CC | s19jpro 100th |
| YNAHD4BBAAJJD0055 | s19jpro 100th |
| YNAHD4CBAAJJH0449 | s19jpro 104th |
| YNAHD4CBAAJBC007R | s19jpro 104th |
| YNAHD4CBAAJJG0541 | s19jpro 104th |
| YNAHD4CBAAJJG0196 | s19jpro 104th |
| YNAHD4CBAAJBA00ZB | s19jpro 104th |
| YNAHD4CBAJICJ0020 | s19jpro 104th |
| YNAHD4CBAJIAE00G9 | s19jpro 104th |
| YNAHD4BBAJIBE0013 | s19jpro 100th |
| THQGDWABBJCJB0770 | s19jpro 104th |
| YNAHD4BBAJIBG000H | s19jpro 100th |

| | |
|---|---|
| YNAHD4CBAAJAC0718 | s19jpro 104th |
| YNAHD4CBAAJBA00YT | s19jpro 104th |
| YNAHD4BBAAJBD005A | s19jpro 100th |
| YNAHD4BBAAJBA00VJ | s19jpro 100th |
| THQGDWABBJCJB7236 | s19jpro 104th |
| THQGDWABBJCJB7290 | s19jpro 104th |
| YNAHD4CBAJICJ0343 | s19jpro 104th |
| YNAHD4BBAAJAF1601 | s19jpro 100th |
| YNAHD4CBAAJAC0832 | s19jpro 104th |
| THQGDWABBJCJB7048 | s19jpro 104th |
| YNAHD4CBAAJJG0080 | s19jpro 104th |
| YNAHD4CBAAJJH0480 | s19jpro 104th |
| THQGD4BBBJABF2160 | s19jpro 100th |
| YNAHD4CBAAJJF0009 | s19jpro 104th |
| YNAHD4CBAAJJD00GW | s19jpro 104th |
| YNAHD4CBAAJJH0059 | s19jpro 104th |
| YNAHD4BBAAJAC0797 | s19jpro 100th |
| YNAHD4CBAAJJF0007 | s19jpro 104th |
| THQGDWABBJCJB7057 | s19jpro 104th |
| YNAHD4CBAAJJD00GD | s19jpro 104th |
| YNAHD4CBAAJJH0270 | s19jpro 104th |
| YNAHD4BBAAJAB0324 | s19jpro 100th |
| YNAHD4BBAAJJD00DT | s19jpro 100th |
| YNAHD4CBAAJJF0004 | s19jpro 104th |
| YNAHD4CBAJIBJ001E | s19jpro 104th |
| YNAHD4CBAAJJG0025 | s19jpro 104th |
| THQGDXABBJDJG1026 | s19jpro 104th |
| YNAHD4CBAAJAB0787 | s19jpro 104th |
| THQGD4BBBJABF9680 | s19jpro 100th |
| YNAHD4BBAAJAB0411 | s19jpro 100th |
| YNAHD4BBAAJAF1174 | s19jpro 100th |
| YNAHD4BBAAJJH0198 | s19jpro 100th |
| YNAHD4BBAAJAB0348 | s19jpro 100th |
| YNAHD4CBAAJAC0716 | s19jpro 104th |
| YNAHD4BBAJICJ0288 | s19jpro 100th |
| YNAHD4BBAAJAB0381 | s19jpro 100th |
| YNAHD4BBAAJAC0411 | s19jpro 100th |
| YNAHD4CBAAJJG0059 | s19jpro 104th |
| YNAHD4BBAAJJG0525 | s19jpro 100th |
| THQGDWABBJCJB7320 | s19jpro 104th |
| YNAHD4BBAAJJH0336 | s19jpro 100th |
| YNAHD4CBAJICJ0173 | s19jpro 104th |
| YNAHD4CBAJICJ0033 | s19jpro 104th |
| YNAHD4BBAAJAB0357 | s19jpro 100th |

| | |
|---|---|
| YNAHD4BBAAJAB0587 | s19jpro 100th |
| THQGD4BBBJABF1902 | s19jpro 100th |
| YNAHD4BBAJIBB0139 | s19jpro 100th |
| YNAHD4BBAAJAB0245 | s19jpro 100th |
| YNAHD4BBAAJAA0694 | s19jpro 100th |
| YNAHD4BBAAJAC0744 | s19jpro 100th |
| YNAHD4BBAAJAB0616 | s19jpro 100th |
| YNAHD4BBAJIBH004N | s19jpro 100th |
| YNAHD4BBAAJAB0328 | s19jpro 100th |
| YNAHD4CBAJICJ0321 | s19jpro 104th |
| YNAHD4BBAAJAB0252 | s19jpro 100th |
| YNAHD4CBAAJJF0006 | s19jpro 104th |
| THQGDWABBJCJB6847 | s19jpro 104th |
| YNAHD4BBAAJAC0748 | s19jpro 100th |
| THQGDWABBJCJB0772 | s19jpro 104th |
| YNAHD4CBAAJJD007V | s19jpro 104th |
| YNAHD4CBAAJAC0848 | s19jpro 104th |
| YNAHD4CBAJIBJ007L | s19jpro 104th |
| YNAHD4CBAAJJD00GZ | s19jpro 104th |
| YNAHD4BBAAJAC0406 | s19jpro 100th |
| YNAHD4CBAAJJF0119 | s19jpro 104th |
| YNAHD4BBAAJAD0206 | s19jpro 100th |
| YNAHD4CBAJICJ0225 | s19jpro 104th |
| YNAHD4CBAAJJH0045 | s19jpro 104th |
| YNAHD4CBAAJJH0539 | s19jpro 104th |
| YNAHD4BBAAJAB0556 | s19jpro 100th |
| YNAHD4CBAJICJ0005 | s19jpro 104th |
| YNAHD4BBAAJBC006X | s19jpro 100th |
| YNAHD4BBAAJAC0187 | s19jpro 100th |
| YNAHD4BBAJICJ0244 | s19jpro 100th |
| YNAHD4CBAAJJF0010 | s19jpro 104th |
| YNAHD4CBAAJJD00EZ | s19jpro 104th |
| THQGDWABBJCJB7214 | s19jpro 104th |
| YNAHD4BBAJICJ0256 | s19jpro 100th |
| YNAHD4BBAAJJH0362 | s19jpro 100th |
| YNAHD4CBAJICJ0144 | s19jpro 104th |
| YNAHD4CBAJICJ0041 | s19jpro 104th |
| YNAHD4BBAJIBB00Z9 | s19jpro 100th |
| YNAHD4CBAJICJ0119 | s19jpro 104th |
| YNAHD4BBAJIBG00BN | s19jpro 100th |
| YNAHD4CBAAJAC0810 | s19jpro 104th |
| YNAHD4CBAAJAD0160 | s19jpro 104th |
| YNAHD4CBAJICJ0008 | s19jpro 104th |
| YNAHD4BBAJIBD009J | s19jpro 100th |

| | |
|---|---|
| YNAHD4BBAJIBG0072 | s19jpro 100th |
| YNAHD4CBAAJJA00AT | s19jpro 104th |
| THQGDXBBBJCJI0DS1 | s19jpro 100th |
| YNAHD4BBAJIAF00D4 | s19jpro 100th |
| YNAHD4BBAJIBD004D | s19jpro 100th |
| YNAHD4BBAJIAF007W | s19jpro 100th |
| YNAHD4CBAJICJ0557 | s19jpro 104th |
| YNAHD4CBAAJBC00GB | s19jpro 104th |
| YNAHD4BBAAJBC00G4 | s19jpro 100th |
| YNAHD4CBAAJJD0086 | s19jpro 104th |
| YNAHD4BBAJIBG00C0 | s19jpro 100th |
| YNAHD4BBAAJJD004E | s19jpro 100th |
| YNAHD4CBAJICJ0305 | s19jpro 104th |
| THQGD4BBBJABF2761 | s19jpro 100th |
| THQGDWABBJCJB7055 | s19jpro 104th |
| YNAHD4BBAJIBE009K | s19jpro 100th |
| YNAHD4CBAAJAC0850 | s19jpro 104th |
| YNAHD4BBAAJJD001B | s19jpro 100th |
| YNAHD4BBAAJJG0555 | s19jpro 100th |
| YNAHD4CBAAJJD002R | s19jpro 104th |
| YNAHD4BBAJIBB00ZH | s19jpro 100th |
| YNAHD4CBAAJBC00GC | s19jpro 104th |
| YNAHD4BBAAJAC0245 | s19jpro 100th |
| YNAHD4CBAJICJ0228 | s19jpro 104th |
| YNAHD4CBAJICJ0035 | s19jpro 104th |
| THQGDWABBJCJB7288 | s19jpro 104th |
| YNAHD4BBAJIAF00CW | s19jpro 100th |
| YNAHD4BBAAJJD00B6 | s19jpro 100th |
| THQGDXBBBJCJI0DS3 | s19jpro 100th |
| YNAHD4CBAAJJD007N | s19jpro 104th |
| YNAHD4BBAJIAG0025 | s19jpro 100th |
| THQGDWABBJCJB0777 | s19jpro 104th |
| YNAHD4CBAAJJD005H | s19jpro 104th |
| YNAHD4BBAJIBG00C7 | s19jpro 100th |
| YNAHD4CBAJIBE00C9 | s19jpro 104th |
| YNAHD4CBAJIBE00CR | s19jpro 104th |
| THQGDWABBJCJB7206 | s19jpro 104th |
| YNAHD4BBAAJAF1338 | s19jpro 100th |
| THQGDXABBJEAF2GSD | s19jpro 104th |
| YNAHD4CBAAJJA001A | s19jpro 104th |
| THQGDXABBJEAF2J85 | s19jpro 104th |
| YNAHD4CBAJICJ0223 | s19jpro 104th |
| YNAHD4CBAAJJD007L | s19jpro 104th |
| YNAHD4BBAAJAF1650 | s19jpro 100th |

| | |
|---|---|
| THQGDWABBJCJB7217 | s19jpro 104th |
| YDFTDBCBAJIJB00NY | S19a 100th |
| YNAHD4BBAAJJG0425 | s19jpro 100th |
| THQGDWABBJCJB7233 | s19jpro 104th |
| YNAHD4BBAJIBE009H | s19jpro 100th |
| THQGDWABBJCJB0779 | s19jpro 104th |
| YNAHD4BBAJIAG002R | s19jpro 100th |
| THQGDWABBJCJB0399 | s19jpro 104th |
| YNAHD4CBAJICJ0411 | s19jpro 104th |
| THQGDWABBJCJB0406 | s19jpro 104th |
| YNAHD4CBAJICJ0440 | s19jpro 104th |
| YNAHD4CBAAJAB0087 | s19jpro 104th |
| YNAHD4CBAAJAC0095 | s19jpro 104th |
| YNAHD4BBAJIAG002J | s19jpro 100th |
| YNAHD4BBAAJAC0545 | s19jpro 100th |
| YNAHD4BBAJIBJ00HA | s19jpro 100th |
| YNAHD4BBAAJJG0584 | s19jpro 100th |

| SERIAL NUMBER | MODEL & SPEED |
|---|---|
| YNAHD4CBAJIAH0055 | s19jpro 104th |
| THQGDWABBJCJB0415 | s19jpr 104th |
| YNAHD4BBAAJJH0666 | s19jpro 100th |
| YNAHD4CBAAJJD00G7 | s19jpro 104th |
| YNAHD4CBAAJAB0691 | s19jpro 104th |
| YNAHD4BBAAJAC0238 | s19jpro 100th |
| YNAHD4BBAAJAA0357 | s19jpro 100th |
| YNAHD4CBAAJJD0083 | s19jpro 104th |
| YNAHD4BBAAJAB0583 | s19jpro 100th |
| THQGDWABBJCJB7034 | s19jpro 104th |
| YNAHD4CBAAJJD00EV | s19jpro 104th |
| YNAHD4CBAJICJ0277 | s19jpro 104th |
| YNAHD4BBAAJAB0621 | s19jpro 100th |
| THQGD4BBBJABF9712 | s19jpro 100th |
| THQGDWABBJCJB0776 | s19jpro 104th |
| THQGD4BBBJABF2141 | s19jpro 100th |
| YNAHD4BBAAJAA0728 | s19jpro 100th |
| YNAHD4BBAAJAC0076 | s19jpro 100th |
| THQGDXBBBJCJI0DRY | s19jpro 100th |
| YNAHD4CBAJIBH008F | s19jpro 104th |
| THQGD4BBBJAAH6311 | s19jpro 100th |
| YNAHD4CBAAJJH0392 | s19jpro 104th |
| YNAHD4CBAAJJD0038 | s19jpro 104th |
| YNAHD4BBAAJAB0634 | s19jpro 100th |
| YNAHD4CBAJIBH007B | s19jpro 104th |
| YNAHD4CBAAJJD00B2 | s19jpro 104th |
| YNAHD4CBAAJJD005F | s19jpro 104th |
| YNAHD4BBAAJAC0651 | s19jpro 100th |
| YNAHD4CBAAJJA003L | s19jpro 104th |
| YNAHD4BBAAJAA0686 | s19jpro 100th |
| YNAHD4BBAAJJG0242 | s19jpro 100th |
| YNAHD4BBAAJAC0412 | s19jpro 100th |
| YNAHD4CBAJICJ0516 | s19jpro 104th |
| YNAHD4BBAAJAB0790 | s19jpro 100th |
| YNAHD4BBAAJAB0728 | s19jpro 100th |
| THQGDXBBBJCJI0DRZ | s19jpro 100th |
| YNAHD4CBAAJJH0038 | s19jpro 104th |
| YNAHD4CBAAJJF0047 | s19jpro 104th |
| THQGD4BBBJABF1844 | s19jpro 100th |
| YNAHD4BBAAJAF1510 | s19jpro 100th |
| YNAHD4BBAAJAC0662 | s19jpro 100th |
| YNAHD4BBAAJAB0798 | s19jpro 100th |
| YNAHD4CBAAJJD00EB | s19jpro 104th |

| | |
|---|---|
| YNAHD4CBAAJJH0256 | s19jpro 104th |
| YNAHD4CBAJICJ0306 | s19jpro 104th |
| YNAHD4BBAAJJG0224 | s19jpro 100th |
| YNAHD4CBAAJBC007N | s19jpro 104th |
| YNAHD4CBAAJJG0239 | s19jpro 104th |
| YNAHD4CBAAJBA00YG | s19jpro 104th |
| YNAHD4BBAAJAC0793 | s19jpro 100th |
| YNAHD4CBAAJJG0695 | s19jpro 104th |
| YNAHD4CBAAJJG0247 | s19jpro 104th |
| THQGDWABBJCJB7058 | s19jpro 104th |
| YNAHD4BBAAJAC0072 | s19jpro 100th |
| YNAHD4CBAAJJG0306 | s19jpro 104th |
| YNAHD4BBAAJJG0460 | s19jpro 100th |
| YNAHD4CBAAJBC007M | s19jpro 104th |
| YNAHD4BBAAJAB0159 | s19jpro 100th |
| YNAHD4BBAAJAC0248 | s19jpro 100th |
| YNAHD4CBAAJJG0310 | s19jpro 104th |
| YNAHD4CBAAJJH0047 | s19jpro 104th |
| THQGDWABBJCJB7062 | s19jpro 104th |
| YNAHD4BBAAJAF1011 | s19jpro 100th |
| YNAHD4BBAAJAC0542 | s19jpro 100th |
| YNAHD4CBAAJBA00Z0 | s19jpro 104th |
| YNAHD4BBAAJJG0227 | s19jpro 100th |
| YNAHD4CBAAJBC005G | s19jpro 104th |
| YNAHD4BBAAJAA0693 | s19jpro 100th |
| THQGD4BBBJABF2144 | s19jpro 100th |
| YNAHD4CBAAJJD0001 | s19jpro 104th |
| THQGDWABBJCJB7282 | s19jpro 104th |
| YNAHD4CBAAJJD008W | s19jpro 104th |
| YNAHD4CBAAJAC0273 | s19jpro 104th |
| YNAHD4CBAAJJD0035 | s19jpro 104th |
| YNAHD4BBAAJJH0648 | s19jpro 100th |
| YNAHD4CBAAJJD005P | s19jpro 104th |
| YNAHD4BBAAJAC0745 | s19jpro 100th |
| YNAHD4BBAAJAC0250 | s19jpro 100th |
| YNAHD4BBAAJAA0459 | s19jpro 100th |
| YNAHD4CBAJIBB00X4 | s19jpro 104th |
| YNAHD4CBAJICJ0504 | s19jpro 104th |
| YNAHD4BBAAJAF0520 | s19jpro 100th |
| YNAHD4BBAAJBA00VH | s19jpro 100th |
| YNAHD4BBAAJBD004M | s19jpro 100th |
| THQGDXBBBJCJI0DL4 | s19jpro 100th |
| YNAHD4CBAJIBH008L | s19jpro 104th |
| YNAHD4BBAAJAB0169 | s19jpro 100th |

| | |
|---|---|
| YNAHD4BBAAJAA0353 | s19jpro 100th |
| YNAHD4CBAAJJD00AW | s19jpro 104th |
| YNAHD4CBAAJJD00EG | s19jpro 104th |
| YNAHD4BBAAJAC0791 | s19jpro 100th |
| YNAHD4BBAAJAC0200 | s19jpro 100th |
| YNAHD4CBAJICJ0506 | s19jpro 104th |
| YNAHD4CBAJIAH00K0 | s19jpro 104th |
| YNAHD4CBAAJBC00ML | s19jpro 104th |
| THQGDWABBJCJB7268 | s19jpro 104th |
| YNAHD4CBAAJJH0026 | s19jpro 104th |
| THQGDXBBBJCJI0DT8 | s19jpro 100th |
| THQGD4BBBJABF1909 | s19jpro 100th |
| YNAHD4CBAJICJ0505 | s19jpro 104th |
| YNAHD4CBAAJJF0031 | s19jpro 104th |
| THQGDXDBBJCJI0F38 | s19jpro 92th |
| YNAHD4CBAAJJD00EC | s19jpro 104th |
| YNAHD4CBAAJJD002W | s19jpro 104th |
| YNAHD4CBAJICJ0499 | s19jpro 104th |
| YNAHD4BBAAJJH0331 | s19jpro 100th |
| YNAHD4CBAAJBA00Y1 | s19jpro 104th |
| YNAHD4BBAAJJD004M | s19jpro 100th |
| YNAHD4CBAAJBA00YX | s19jpro 104th |
| YNAHD4CBAAJJH0474 | s19jpro 104th |
| YNAHD4BBAAJJG0111 | s19jpro 100th |
| YNAHD4BBAAJAD0173 | s19jpro 100th |
| YNAHD4CBAAJJH0306 | s19jpro 104th |
| YNAHD4BBAAJAD0163 | s19jpro 100th |
| THQGDWABBJCJB1000 | s19jpro 104th |
| YNAHD4CBAAJBC007S | s19jpro 104th |
| YNAHD4CBAAJJD005E | s19jpro 104th |
| YNAHD4CBAJICJ0192 | s19jpro 104th |
| YNAHD4BBAAJJH0285 | s19jpro 100th |
| YNAHD4BBAAJAB0207 | s19jpro 100th |
| THQGD4BBBJABF1460 | s19jpro 100th |
| THQGDXBBBJCJI0DTN | s19jpro 100th |
| YNAHD4BBAAJJH0128 | s19jpro 100th |
| THQGD4BBBJABF1280 | s19jpro 100th |
| YNAHD4CBAAJJA0040 | s19jpro 104th |
| YNAHD4BBAAJAA0724 | s19jpro 100th |
| YNAHD4CBAAJJH0063 | s19jpro 104th |
| THQGDXCBBJCJI0NEY | s19jpro 96th |
| YNAHD4BBAAJAC0180 | s19jpro 100th |
| YNAHD4BBAAJAB0606 | s19jpro 100th |
| YNAHD4CBAAJAB0509 | s19jpro 104th |

| | |
|---|---|
| YNAHD4BBAAJAD0162 | s19jpro 100th |
| YNAHD4BBAAJAA0002 | s19jpro 100th |
| THQGDXABBJDJG14ZH | s19jpro 104th |
| YNAHD4BBAAJAD0210 | s19jpro 100th |
| YNAHD4CBAAJAB0117 | s19jpro 104th |
| THQGDXBBBJCJI0CH2 | s19jpro 100th |
| THQGDXABBJEAF2GSF | s19jpro 104th |
| YNAHD4CBAAJJG0315 | s19jpro 104th |
| THQGD4BBBJABF1859 | s19jpro 100th |
| YNAHD4CBAAJAB0714 | S19jpro 104th |
| THQGDWABBJCJB7221 | S19jpro 104th |
| YNAHD4CBAAJJD0069 | S19jpro 104th |
| THQGDXBBBJCJI0DTR | S19jpro 100th |
| YNAHD4BBAAJBA00V3 | S19jpro 100th |
| YNAHD4BBAAJAF1635 | s19jpro 100th |
| THQGDWABBJCJB0442 | S19jpro 100th |
| YNAHD4BBAAJAC0305 | S19jpro 100th |
| YNAHD4CBAJICJ0018 | S19jpro 104th |
| THQGDWABBJCJB7315 | S19jpro 100th |
| YNAHD4CBAJICJ0515 | S19jpro 104th |
| YNAHD4CBAJICJ0221 | S19jpro 104th |
| THQGD4BBBJABI2057 | S19jpro100th |
| YNAHD4BBAAJJG0452 | S19jpro 100th |
| YNAHD4BBAAJAF1636 | S19jpro 100th |
| THQGDWABBJCJB7054 | S19jpro 104th |
| YNAHD4BBAAJAF0514 | S19jpro 100th |
| YNAHD4BBAAJBA00VE | S19jpro 100th |
| YNAHD4BBAAJAC0650 | S19jpro 100th |
| YDFTDBCBAJHJB03TE | s19jpro 100th |
| YNAHD4CBAAJJD007J | S19jpro 104th |
| THQGD4BBBJABF1842 | S19jpro 100th |
| YNAHD4BBAAJAC0181 | S19jpro 100th |
| YNAHD4CBAJICJ0003 | S19jpro 104th |
| YNAHD4BBAJIBG00BK | S19jpro 100th |
| YNAHD4BBAAJAC0409 | S19jpro 100th |
| YNAHD4BBAAJAC0405 | S19jpro 100th |
| THQGDWABBJCJB7247 | S19jpro 104th |
| YNAHD4CBAAJJD0085 | S19jpro 104th |
| YNAHD4CBAJICJ0002 | S19jpro 104th |
| YNAHD4CBAJIBH008N | S19jpro 104th |
| YNAHD4CBAAJJD003T | S19jpro 104th |
| YNAHD4CBAAJAF1185 | S19jpro 104th |
| YNAHD4BBAAJAB0059 | S19jpro 100th |
| YNAHD4BBAAJAB0068 | S19jpro 100th |

| | |
|---|---|
| YNAHD4BBAAJAC0236 | S19jpro 100th |
| THQGD4BBBJAJE0487 | S19jpro 100th |
| YNAHD4BBAAJAF1686 | S19jpro 100th |
| YNAHD4BBAAJAA0681 | S19jpro 100th |
| YNAHD4CBAAJBA00Z5 | S19jpro 104th |
| YNAHD4CBAAJJH0278 | S19jpro 104th |
| THQGDXCBBJCJI0NET | s19jpro 96th |
| THQGDWABBJCJB7286 | S19jpro 104th |
| YNAHD4CBAAJJG0534 | S19jpro 104th |
| YNAHD4BBAAJAB0319 | S19jpro 100th |
| THQGDXBBBJCJI0DT4 | S19jpro 100th |
| THQGDWABBJCJB7056 | S19jpro 104th |
| YNAHD4CBAAJJD0087 | S19jpro 104th |
| THQGDWABBJCJB7228 | S19jpro 104th |
| YNAHD4BBAJIBG00AT | S19jpro 100th |
| YNAHD4CBAAJJA000C | S19jpro 104th |
| YNAHD4CBAAJAB0532 | S19jpro 104th |
| YNAHD4CBAAJJA000T | S19jpro 104th |
| YNAHD4CBAJICJ0503 | S19jpro 104th |
| YNAHD4CBAAJJA00AB | S19jpro 104th |
| YNAHD4CBAAJJD002K | S19jpro 104th |
| YNAHD4BBAJIBG00B6 | S19jpro 100th |
| THQGD4BBBJAAB4770 | S19jpro 100th |
| YNAHD4CBAAJJG0512 | S19jpro 104th |
| YNAHD4BBAAJJD00F3 | S19jpro 100th |
| YNAHD4CBAAJJA003H | S19jpro 104th |
| YNAHD4CBAAJJD007X | S19jpro104th |
| YNAHD4CBAAJJD00AM | S19jpro 104th |
| YNAHD4CBAAJJG0245 | S19jpro 104th |
| YNAHD4CBAJIBD0083 | S19jpro 104th |
| THQGDXCBBJCJI0NER | s19jpro 96th |
| YNAHD4BBAAJAB0609 | S19jpro 100th |
| YNAHD4CBAAJJA00A4 | S19jpro 104th |
| THQGD4BBBJABF1941 | S19jpro 100th |
| YNAHD4BBAJIBE000Z | S19jpro 100th |
| YNAHD4CBAAJJH0098 | S19jpro 104th |
| THQGDWABBJCJB0381 | S19jpro 104th |
| YNAHD4BBAAJAB0323 | S19jpro 100th |
| THQGDWABBJCJB0453 | S19jpro 104th |
| YNAHD4BBAAJAA0692 | S19jpro 100th |
| YNAHD4BBAAJJH0205 | S19jpro 100th |
| YNAHD4CBAAJBB0072 | S19jpro 104th |
| YNAHD4CBAAJBA00YP | S19jpro 104th |
| YNAHD4BBAAJAB0450 | S19jpro 100th |

| | |
|---|---|
| YNAHD4CBAAJJD002V | S19jpro 104th |
| YNAHD4CBAAJJH0003 | S19jpro104th |
| THQGDWABBJCJB0766 | S19jpro 104th |
| YNAHD4CBAAJBA00Z1 | S19jpro 104th |
| YNAHD4CBAAJJD001Y | S19jpro104th |
| THQGDWABBJCJB7081 | S19jpro 104th |
| YNAHD4CBAAJJD002Z | S19jpro 104th |
| YNAHD4BBAAJAC0073 | S19jpro 100th |
| YNAHD4CBAAJBC00F4 | S19jpro 104th |
| YNAHD4CBAJIAG00G9 | S19jpro 104th |
| YNAHD4CBAJIBH008Z | S19jpro 104th |
| YNAHD4BBAAJAC0669 | S19jpro 100th |
| YNAHD4CBAAJJG0265 | S19jpro 104th |
| YNAHD4CBAAJJD007P | S19jpro 104th |
| YNAHD4CBAAJJA00A5 | S19jpro 104th |
| THQGDXBBBJCBE0482 | S19jpro 100th |
| THQGDWABBJCJB7295 | S19jpro 104th |
| YDFTDBCBAJIJB00P8 | S19jpro 100th |
| YNAHD4BBAAJAB0064 | S19jpro 100th |
| YNAHD4BBAAJAB0382 | S19jpro 100th |
| YNAHD4CBAAJJG0191 | S19jpro 104th |
| YNAHD4CBAJIBH008G | S19jpro 104th |
| YNAHD4BBAAJAC0193 | S19jpro 100th |
| YNAHD4CBAAJJD007R | S19jpro 104th |
| YNAHD4CBAAJAB0414 | S19jpro 104th |
| THQGD4BBBJABI2071 | S19jpro 100th |
| THQGDXCBBJCJI0NJH | s19jpro 96th |
| YNAHD4CBAAJJG0551 | S19jpro 104th |
| THQGDXBBBJCJI0DL5 | S19jpro 100th |
| THQGDWABBJCJB7163 | S19jpro 104th |
| YNAHD4CBAJICJ0187 | S19jpro 104th |
| YNAHD4BBAAJAF1638 | S19jpro 100th |
| YNAHD4BBAAJAB0461 | S19jpro 100th |
| THQGDWABBJCJB7249 | S19jpro 104th |
| YNAHD4CBAJICJ0232 | S19jpro 104th |
| YNAHD4CBAAJJA003C | S19jpro 104th |
| THQGDXCBBJCBE01H6 | s19jpro 96th |
| YNAHD4CBAAJJD0037 | S19jpro 104th |
| YNAHD4CBAAJJD0084 | S19jpro 104th |
| YNAHD4CBAAJJD008D | S19jpro 104th |
| THQGDXCBBJCJI0MY8 | s19jpro 96th |
| THQGDWABBJCJB0780 | S19jpro 104th |
| THQGDWABBJCJB7176 | S19jpro 104th |
| YNAHD4BBAAJAF0508 | S19jpro 100th |

| | |
|---|---|
| YNAHD4BBAAJAF0719 | S19jpro 100th |
| YNAHD4CBAJICJ0489 | S19jpro 104th |
| SMTTC2ABBJBBE0032 | S19 90th |
| YNAHD4BBAAJAC0649 | S19jpro 100th |
| YNAHD4CBAAJJA004A | S19jpro 104th |
| YNAHD4CBAAJBA00YR | S19jpro 104th |
| YNAHD4BBAAJJH0332 | S19jpro 100th |
| YNAHD4UBAAJAC0074 | S19jpro 100th |
| YNAHD4CBAJICJ0017 | S19jpro 104th |
| YNAHD4BBAAJAC0079 | S19jpro 100th |
| THQGD4BBBJABF2937 | S19jpro 100th |
| YNAHD4BBAAJJH0647 | S19jpro 100th |
| YNAHD4BBAAJJH0644 | S19jpro 100th |
| YNAHD4BBAAJJH0288 | S19jpro 100th |
| YNAHD4BBAAJAD0165 | S19jpro 100th |
| YNAHD4CBAJIAG00CF | S19jpro 104th |
| THQGDWABBJCJB7254 | S19jpro 104th |