Carrier Tender  **EXHIBIT 8**

Landstar Ranger Inc

# Carrier Load Tender & Rate Confirmation

Any questions or concerns about this load please contact the Landstar Agent at: (479) 420-0999
Important: Carrier must call agent if your dispatch instructions below differ from the bill of lading.
Carrier shall not in any way subcontract, broker, or arrange for freight to be transported by a third party.
Download the free Landstar Connect ™ App prior to pick up to view below load details, transmit automated status updated & submit paperwork while under Landstar load only. Available in Google Play and Apple App stores.



**LOAD VERIFICATION**

To verify this load originates from a Landstar agency, please visit the Landstar load verification site at http://www.landstar.com and select "Verify" from the homepage.

---

**Freight Bill # 4190818**         Equipment 53FL53SD48FLSD
EL # EL2284542                     Total Miles 795
Date 11/08/2023 18:02              Services

**Sent From**
Posting Code: **DKU**
Agency Name: **Hoss Transportation LLC - DKU**
Contact Name: Donna Teeter
Contact Phone: (479) 420-0999
Contact Email: donna.teeter@landstarmail.com

**References**
*Chris Hutchison*
*Pod # 10*

## Route Details

**Stop #1 pickup -**
Appointment: -
Target Window: 11/09/2023 07:00 - 11/09/2023 17:00
Location **Hylmen Yard Gaffney Sc**
Address **154 Hyatt St**
Address **Gaffney, SC 29341-1558**
Contact **TONY**    Phone **573.286.8999**
Comment    * containers - 25000 lbs * DRIVER MUST stop and nearest truckstop and CALL TONY 573.286.8999 to be cleared to load. NO DETENTION AVAILABLE
Item CONSUMER GOODS OR APPLIANCES Qty 1.0 Wgt 25,000

**Stop #2 drop -**
Appointment: -
Target Window: 11/10/2023 07:00 - 11/10/2023 17:00
Location **Hylmen LLC**
Address **29590 Highway U**
Address **Crocker, MO 65452-7406**
Contact **SHAWN VAUGHT**   Phone **5732891059**
Comment    deliver anytime - confirm when empty
Item CONSUMER GOODS OR APPLIANCES Qty 1.0 Wgt 25,000

**Notes**

Project move Out - 48 or 53 FL or SD- Containers -
NO DETENTION AVAILABLE - you must stage at truckstop prior to approval to load Call TONY 573-286-8999
Contact Information: Donna Teeter (479) 420-0999

| Agreed Rate | |
|---|---|
| Description | Charge |
| Pay Capacity | $2,000.00 |
| | Total  $2,000.00 USD |

Freight Bill # 4190818          Page 1 of 2

Scanned with CamScanner
5724BQ000013

| Item ID | Haz Mat | Description | Qty | Weight | Class | NMFC | Temp | Dimensions |
|---|---|---|---|---|---|---|---|---|
| CGAPP | | CONSUMER GOODS OR APPLIANCES | 1 | 25,000 | 70.0 | | | 40ft 0in X 8ft 0in X 8ft 0in |

## Important Billing Instructions

- Invoice, bill of lading (for each stop) and proof of delivery (for each stop) required. Documents must be legible.
- Invoices must include Landstar's freight bill number or EL#.
- The rate on the carrier's invoice must match the rate confirmation and any accessorials must be authorized in writing by the agent in order to prevent delays in payment.
- Receipts (lumper, tolls, etc.) and permit and/or escort invoices must be submitted.
- For carrier payable questions call: 800-435-1791, opt 2.

## PAPERWORK SUBMISSION OPTIONS

Send electronically by 2:00pm EST for same day receipt via:

**Transflo Mobile +**
Go to your app store to download to your mobile device. Enter LCGB as the Recipient ID when registering. Cost: $2.00 per trip

**Transflo Express**
To find a participating truck stop go to http://transfloexpress.com/locations/
Cost: 2.00 per trip with cover sheet
For a cover sheet call 800-435-1791, opt 5

### Landstar Savings Plus Members Send To:

| Mailing address: | For Express Mailing: | Regular Mail: |
|---|---|---|
| Landstar Transportation Logistics Attn: Imaging P.O. Box 19139 * Jacksonville, FL 32245-9139 | Landstar Transportation Logistics Attn: Brokerage Billing - LSP 1000 Simpson Rd * Rockford, IL 61102 | Landstar Transportation Logistics Attn: LSP - Imaging P.O. Box 19119 * Jacksonville, FL 32245-9119 |

Call 866-321-PLUS (7587) to learn how to get paid in 2 days

## Tracking

Capacity must comply with all requested load tracking requirements. If Capacity is unable to comply with requested load tracking requirements, communicate with the Landstar Agent immediately. Capacity is subject to rate reduction in an amount up to 15% of line-haul in the event of non-compliance with requested load tracking requirements.

CARRIER certifies it is aware of the California Air Resources Board's Truck and Bus, Drayage and Greenhouse Gas Rules and that, on all loads originating in, destined for, or passing through California, CARRIER will utilize only vehicles that are compliant with those rules. Please see CARB regulations available at Http://www.arb.ca.gov

Full terms and requirements are within the Landstar TBA. The Transportation Brokerage Agreement between CARRIER and BROKER provides that CARRIER shall refrain from all collection efforts against the shipper, receiver, consignor, consignee, or the customer. CARRIER acknowledges that any effort by CARRIER or any representative of CARRIER to contact any such third party to collect on freight charges relating to this shipment shall constitute a material breach of the Transportation Brokerage Agreement between CARRIER and BROKER.

**FSMA**
CARRIER certifies it is aware of, and compliant with, all regulations and requirements regarding the sanitary transportation of human and animal food, including the federal food safety and modernization act (FSMA).

**Electronic Rate Confirmations**
CARRIER acknowledges that Load or Rate Confirmations may be submitted by BROKER to the CARRIER via electronic means and such shall constitute the CARRIER's binding acceptance of such Load or Rate Confirmation upon the earlier to occur of (a) the CARRIER's electronic acceptance of the Load or Rate Confirmation as verified by the BROKER's Information Services System, or (b) the CARRIER's pick up of the shipment in question.

Nothing herein is intended to modify or amend the terms and conditions of the Transportation Brokerage Agreement between CARRIER and BROKER.

Thank you for doing business with Landstar
To confirm please accept using the link in the tender email.

| Carrier Jeff Hall Trucking LLC ID CP81839 MC 940459 DOT 2820504 Phone 260-221-1957 Email BO1969JSH@YAHOO.COM | Signature |
|---|---|

Freight Bill # 4190818        Page 2 of 2

Scanned with CamScanner
5724BQ000014