**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Crypto Infiniti, LLC, | |
|     Plaintiff, | C/A No. 7:24-cv-04911-TMC |
| v. | **WAIVER OF SERVICE** |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., Pantheon Resources, Inc. and Hylmen, LLC, | |
|     Defendants. | |

See the attached executed waiver of service form.

             Respectfully Submitted,

             **BURL F. WILLIAMS, P.A.**

             s/ Burl F. Williams
             Burl F. Williams (Fed. Bar No. 10556)
             201 Riverplace, Suite 501
             Greenville, South Carolina 29601
             (864) 546-5035
             burl@burlfwilliams.com

             *Counsel for Plaintiff Crypto Infiniti, LLC*

October 22, 2024
Greenville, South Carolina