**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

Crypto Infiniti, LLC,

                     Plaintiff,

           v.

Blockquarry Corp. f/k/a ISW Holdings, Inc.,
Pantheon Resources, Inc. and Hylmen, LLC,

                  Defendants.

C/A No. 7:24-cv-04911-TMC

**WAIVER OF SERVICE**

See the attached executed waiver of service form for Blockquarry Corp. f/k/a ISW Holdings, Inc.

Respectfully Submitted,

**BURL F. WILLIAMS, P.A.**

s/ Burl F. Williams
Burl F. Williams (FED. BAR NO. 10556)
201 Riverplace, Suite 501
Greenville, South Carolina 29601
(864) 546-5035
burl@burlfwilliams.com

*Counsel for Plaintiff Crypto Infiniti, LLC*

October 24, 2024
Greenville, South Carolina