**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Crypto Infiniti, LLC, | |
| Plaintiff, | C/A No. 7:24-cv-04911-TMC |
| v. | **CERTIFICATE OF SERVICE** |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., Pantheon Resources, Inc. and Hylmen, LLC, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 4(h)(1)(A), Plaintiff served Hylmen LLC's registered agent by having the same sign for a copy of the summons and amended complaint which was delivered to the registered agent by Federal Express on October 31, 2024. (*See* Exhibit 1). Rule Fed. R. Civ. P. 4(e)(1), Rule 4(d)(9), SCRCP.

/s/ Burl F. Williams
Burl F. Williams (Fed. Bar No. 10556)
201 Riverplace, Suite 501
Greenville, South Carolina 29601
(864) 546-5035
burl@burlfwilliams.com

***Counsel for Plaintiff Crypto Infiniti, LLC***

November 12, 2024
Greenville, South Carolina