

October 31, 2024

Dear Customer,

|   |
|---|
| **EXHIBIT 1** |

The following is the proof-of-delivery for tracking number: 281184355168

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | K.Vaught | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Direct Signature Required | | Iberia, MO, |
| | | **Delivery date:** | Oct 31, 2024 14:41 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 281184355168 | **Ship Date:** | Oct 29, 2024 |
| | | **Weight:** | 2.0 LB/0.91 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| Iberia, MO, US, | GREENVILLE, SC, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx