# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| CRYPTO INFINITY, LLC<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BLOCKQUARRY CORP. f/k/a ISW HOLDINGS, INC., a Nevada Corporation, PANTHEON RESOURCES, INC. and HYLMEN, LLC,<br><br>　　　　　　Defendants. | Case No. 7:24-cv-04911-TMC<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT HYLMEN, LLC

The undersigned, Trent M. Grissom, hereby respectfully notifies the Clerk of this Court and all parties of his appearance as counsel for Defendant Hylmen, LLC in the above-entitled action and requests to be notified of all proceedings and filings throughout the duration of the matter.

This 14th day of November, 2024.

Respectfully submitted,

/s/ Trent M. Grissom_____
Trent M. Grissom
SC Bar No. 77718 / Fed ID No. 10671
MCGRATH & SPIELBERGER, PLLC
7300 Carmel Executive Park Dr., Ste 300
Charlotte, NC 28226
(704) 271-5000 – Telephone
trent@mcgrathspielberger.com
*Attorneys for Defendant Hylmen, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024 I caused the foregoing **NOTICE OF APPEARANCE** to be filed via CM/ECF which will provide notice of its filing to:

Burl F. Williams
201 Riverplace, Suite 501
Greenville, SC 29601
burl@burlfwilliams.com
*Attorneys for Plaintiff*


Andrew A. Mathias
MAYNARD NEXSEN
104 South Main Street, Suite 900
Greenville, SC 29601
amathias@maynardnexsen.com
*Attorneys for Defendant Blockquarry Corp.*


Trent M. Grissom
MCGRATH & SPIELBERGER, PLLC
7300 Carmel Executive Park Drive, Suite 300
Charlotte, NC 28226
trent@mcgrathspielberger.com
*Attorneys for Defendant Pantheon Resources, Inc.*


/s/ Trent M. Grissom_____
Trent M. Grissom