# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| Crypto Infiniti, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Blockquarry Corp. f/k/a ISW Holdings, Inc., Pantheon Resources, Inc., and Hylmen, LLC,<br><br>　　　　Defendants. | Case No. 7:24-cv-04911-TMC<br><br>**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT PANTHEON RESOURCES, INC.** |

　　　　The undersigned, Trent M. Grissom, hereby respectfully notifies the Clerk of this Court and all parties of his appearance as counsel for Defendant Pantheon Resources, Inc. ("Pantheon") in the above-entitled action and requests to be notified of all proceedings and filings throughout the duration of the matter.

Dated:   This 15th day of November, 2024.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Trent M. Grissom*
　　　　　　　　　　　　　　　　　　　Trent M. Grissom (Federal Bar No. 10671)
　　　　　　　　　　　　　　　　　　　MCGRATH & SPIELBERGER, PLLC
　　　　　　　　　　　　　　　　　　　7300 Carmel Executive Park Drive, Suite 300
　　　　　　　　　　　　　　　　　　　Charlotte, NC  28226
　　　　　　　　　　　　　　　　　　　Telephone: (704) 271-5000
　　　　　　　　　　　　　　　　　　　trent@mcgrathspielberger.com
　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Pantheon Resources, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance has been submitted via the electronic filing system and thus has been served on all Parties via its/their attorney of record as follows:

Burl F. Williams
201 Riverplace, Suite 501
Greenville, SC 29601
burl@burlfwilliams.com
*Attorneys for Plaintiff*


Andrew A. Mathias
MAYNARD NEXSEN
104 South Main Street, Suite 900
Greenville, SC 29601
amathias@maynardnexsen.com
*Attorneys for Defendant Blockquarry Corp.*


Trent M. Grissom
MCGRATH & SPIELBERGER, PLLC
7300 Carmel Executive Park Drive, Suite 300
Charlotte, NC 28226
trent@mcgrathspielberger.com
*Attorneys for Defendant Hylmen, LLC*

This 15th day of November, 2024.

                                  */s/ Trent M. Grissom*
                                  Trent M. Grissom (Federal Bar No. 10671)
                                  MCGRATH & SPIELBERGER, PLLC
                                  7300 Carmel Executive Park Drive, Suite 300
                                  Charlotte, NC  28226
                                  Telephone: (704) 271-5000
                                  trent@mcgrathspielberger.com
                                  *Attorney for Defendant Pantheon Resources, Inc.*