**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| CRYPTO INFINITY, LLC, | CIVIL ACTION NO.  7:24-CV-4911-TMC |
| Plaintiff, | |
| v. | |
| BLOCKQUARRY CORP. f/k/a ISW HOLDINGS, INC., a Nevada corporation, PANTHEON RESOURCES, INC. and HYLMEN, LLC, | |
| Defendants. | |

**DEFENDANT HYLMEN, LLC'S**
**STATEMENT OF MEMBERSHIP CITIZENSHIP**

Defendant Hylmen, LLC ("Hylmen"), in accordance with ECF #44 from this Court, hereby responds as follows:

- Defendant Hylmen, LLC is a limited liability company formed under the laws of the state of Wyoming with its principal place of business located within the state of Missouri.

- The sole member of Defendant Hylmen is Mr. Shawn Vaught, a citizen and resident of the state of Missouri.

This 26th day of November, 2024.

Respectfully submitted,

*/s/ Trent M. Grissom*
Trent M. Grissom (Fed. Bar No. 10671)
MCGRATH & SPIELBERGER, PLLC
7300 Carmel Executive Park Dr., Suite 300
Charlotte, NC 28226
*Attorney for Defendant Hylmen, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I caused the foregoing Defendant Hylmen, LLC's

Statement of Membership Citizenship to be filed via CM/ECF which will provide notice of its

filing to:

Burl F. Williams
201 Riverplace, Suite 501
Greenville, SC 29601
burl@burlfwilliams.com
*Attorneys for Plaintiff*

Andrew A. Mathias
MAYNARD NEXSEN
104 South Main Street, Suite 900
Greenville, SC 29601
amathias@maynardnexsen.com
*Attorneys for Defendant Blockquarry Corp.*

Trent M. Grissom
MCGRATH & SPIELBERGER, PLLC
7300 Carmel Executive Park Drive, Suite 300
Charlotte, NC 28226
trent@mcgrathspielberger.com
*Attorneys for Defendant Pantheon Resources, Inc.*

/s/ Trent M. Grissom
Trent M. Grissom (Fed. Bar No. 10671)