**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Crypto Infiniti, LLC, | |
|         Plaintiff, | C/A No. 7:24-cv-04911-TMC |
| v. | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., Pantheon Resources, Inc. and Hylmen, LLC, | **RESPONSE TO TEXT ORDER RE: DIVERSITY JURISDICTION** |
|         Defendants. | |

Crypto Infiniti, LLC hereby responds to the Court's Text Order (Docket No. 21) as follows.

The members of Crypto Infiniti, LLC are:

1. Jinwei Zhang, a citizen and resident of Nevada; and

2. Dao Block Limited, a company incorporated in the Cayman Islands. The owner of Dao Block Limited is not a citizen or resident of any state in the United States.

        Respectfully Submitted,

        **BURL F. WILLIAMS, P.A.**

        /s/ Burl F. Williams
        Burl F. Williams (FED. BAR NO. 10556)
        201 Riverplace, Suite 501
        Greenville, South Carolina 29601
        (864) 546-5035
        burl@burlfwilliams.com

        *Counsel for Plaintiff Crypto Infiniti, LLC*

November 27, 2024
Greenville, South Carolina