# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Crypto Infiniti, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Blockquarry Corp. f/k/a ISW Holdings, Inc., Pantheon Resources, Inc. and Hylmen, LLC, <br><br> Defendants. | C/A No. 7:24-cv-04911-TMC <br><br> **AMENDED RESPONSE TO TEXT ORDER RE: DIVERSITY JURISDICTION** |

Crypto Infiniti, LLC hereby amends its response to the Court's Text Order (Docket No. 21) as follows. The members of Crypto Infiniti, LLC are:

1. Jinwei Zhang, a citizen and resident of California[1]; and

2. Dao Block Limited, a company incorporated in the Cayman Islands. The owner of Dao Block Limited is not a citizen or resident of any state in the United States.

Respectfully Submitted,

**WILLIAMS BURKE LLP**

/s/ Burl F. Williams
Burl F. Williams (FED. BAR NO. 10556)
201 Riverplace, Suite 501
Greenville, South Carolina 29601
(864) 546-5035
burl@burlfwilliams.com

---

[1] The undersigned previously incorrectly identified Ms. Zhang as a resident of Nevada. This was an error on the part of the undersigned. Crypto Infiniti, LLC is incorporated in Nevada. Ms. Zhang is and has been a California resident. She identified California as her residency at Paragraph 2 of the declaration she filed in related litigation styled as *Blockquarry Corp. f/k/a ISW Holdings, Inc. v. Litchain Corp. & Gaffney Board of Public Works,* C/A No. 7:23-cv-01427, (ECF No. 94-2).

                Russell T. Burke (FED BAR NO. 1604)
                1320 Main Street, Suite 300
                Meridian Building
                Columbia, South Carolina 29201
                (803) 724-1200
                russell@williamsburke.com

                ***Counsel for Plaintiff Crypto Infiniti, LLC***

December 11, 2024
Greenville, South Carolina