**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Crypto Infiniti, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Blockquarry Corp. f/k/a ISW Holdings, Inc., Pantheon Resources, Inc. and Hylmen, LLC, <br><br> Defendants. | C/A No. 7:24-cv-04911-TMC <br><br> **CRYPTO INFINITI, LLC'S MOTION TO EXTEND REPLY DEADLINE** |

Crypto Infiniti, LLC ("CI") respectfully moves the Court, with the consent of Blockquarry Corp. f/k/a ISW Holdings, Inc.'s ("BQ"), for a three (3) day extension of time to file a reply to BQ's response in opposition to CI's motion to dismiss BQ's counterclaims. The grounds for the extension request are as follows:

1. On December 9, 2024, CI filed its Motion to Dismiss Counterclaims of BQ ("the Motion").

2. On December 23, 2024, BQ filed its Response to the Motion (the "Response").

3. The Plaintiff's reply to the Response is currently due on or before December 30, 2024.

4. Due to holiday limitations of CI's counsel, CI respectfully requests a three (3) day extension to file its reply to the Response.

5. The requested extension will make CI's reply to the Response due on or before January 2, 2025.

6. Pursuant to Local Civil Rule 7.02, counsel for CI conferred with counsel for BQ, and BQ consented to the requested extension.

7.     This extension request is brought in good faith, is not sought for dilatory purpose, and neither the parties nor the administration of justice will be prejudiced by the Court's granting of this Motion.

CI respectfully requests that the extension be granted and that its deadline to file a reply to BQ's Response be extended until January 2, 2025.

Respectfully submitted,

**WILLIAMS BURKE LLP**

/s/Burl F. Williams
Burl F. Williams, (FED BAR NO. 10556)
201 Riverplace, Suite 501
Greenville, South Carolina 29601
(864) 546-5035
burl@williamsburke.com

Russell T. Burke (FED BAR NO. 1604)
1320 Main Street, Suite 300
Meridian Building
Columbia, South Carolina 29201
(803) 724-1200
russell@williamsburke.com

December 27, 2024          *Counsel for Crypto Infiniti, LLC*