# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Crypto Infiniti, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Blockquarry Corp. f/k/a ISW Holdings, Inc., Pantheon Resources, Inc. and Hylmen, LLC,<br><br>      Defendants. | C/A No.: 7:24-cv-04911-TMC<br><br>**BLOCKQUARRY CORP. F/K/A ISW HOLDINGS, INC.'S ADR STATEMENT AND CERTIFICATION** |

Pursuant to Local Civil Rule 16.03 and the Court's Conference and Scheduling Order (ECF No. 25), counsel for Defendant Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry") certify that they have (1) discussed the availability of mediation with Blockquarry; and (2) discussed the advisability and timing of mediation with counsel for Plaintiff Crypto Infiniti, LLC. Undersigned counsel further certifies that the parties agree to mediation.

                                              s/ Andrew A. Mathias
                                              Andrew A. Mathias (Fed. ID No. 10166)
                                              Konstantine P. Diamaduros (Fed. ID No. 12368)
                                              Elizabeth C. Edmondson (Fed. ID No. 13208)
                                              MAYNARD NEXSEN PC
                                              104 South Main Street, Suite 900 (29601)
                                              Post Office Drawer 10648
                                              Greenville, SC 29603-0648
                                              Telephone: 864.370.2211
                                              Facsimile: 864.282.1177
                                              AMathias@maynardnexsen.com
                                              KDiamaduros@maynardnexsen.com
                                              EEdmondson@maynardnexsen.com

                                              *Attorneys for Defendant Blockquarry Corp. f/k/a ISW Holdings, Inc.*

January 2, 2025
Greenville, South Carolina

1