**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Crypto Infiniti, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>Blockquarry Corp. f/k/a ISW Holdings, Inc., Pantheon Resources, Inc. and Hylmen, LLC,<br><br>                    Defendants. | C/A No. 7:24-cv-04911-TMC<br><br>**CONSENT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER** |

**CONSENT:**

The attached proposed Confidentiality Order is requested by consent of all parties.

**CONTENT:**

The attached proposed Confidentiality Order:

**X**      is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

Paragraph 3 adds the words "pricing" and "financial" to documents which may be considered confidential.

*[SIGNATURE PAGE FOLLOWS]*

| **WE SO MOVE:** | **WE SO MOVE/CONSENT:** |
|---|---|
| **WILLIAMS BURKE LLP** | **MAYNARD NEXSEN PC** |

/s/ Burl F. Williams
Burl F. Williams (Fed. ID No. 10556)
201 Riverplace, Suite 501
Greenville, South Carolina 29601
(864) 546-5035
burl@williamsburke.com

Russell T. Burke (Fed. ID No. 1604)
1320 Main Street, Suite 300
Meridian Building
Columbia, South Carolina 29201
(803) 724-1200
russell@williamsburke.com

*Counsel for Plaintiff Crypto Infiniti, LLC*

Date: January 8, 2025

/s/Andrew A. Mathias
Andrew A. Mathias (Fed. ID No. 10166)
Konstantine P. Diamaduros (Fed. ID No. 12368)
Elizabeth C. Edmondson (Fed. ID No. 13208)
104 South Main Street, Suite 900 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603
Telephone: (864) 370.2211.
Facsimile: (864) 282.1177
AMathias@maynardnexsen.com
KDiamaduros@maynardnexsen.com
EEdmondson@maynardnexsen.com

*Counsel for Defendant Blockquarry Corp. f/k/a ISW Holdings, Inc.*

**MCGRATH & SPIELBERGER, PLLC**

/s/Trent M. Grissom
Trent M. Grissom (Fed. ID No. 10671)
7300 Carmel Executive Park Dr., Suite 300
Charlotte, North Carolina 28226
(704) 271-5000
trent@mcgrathspielberger.com

*Counsel for Defendants Pantheon Resources, Inc. and Hylmen, LLC*

Dated: January 8, 2025