**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| Crypto Infiniti, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Blockquarry Corp. f/k/a ISW Holdings, Inc., Pantheon Resources, Inc., and Hylmen, LLC, <br><br> Defendants. | Case No. 7:24-cv-04911-TMC <br><br> **DEFENDANT PANTHEON RESOURCES, INC.'S ALTERNATIVE DISPUTE RESOLUTION ("ADR") STATEMENT AND CERTIFICATION** |

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he has (1) discussed the availability of mediation with Pantheon Resources, Inc., (2) discussed the advisability and timing of mediation with opposing counsel; and (3) have agreed to mediation.

Dated:  January 10, 2025.

    Respectfully submitted,

    */s/ Trent M. Grissom*
    Trent M. Grissom (Federal Bar No. 10671)
    MCGRATH & SPIELBERGER, PLLC
    7300 Carmel Executive Park Drive, Suite 300
    Charlotte, NC  28226
    Telephone: (704) 271-5000
    trent@mcgrathspielberger.com
    *Attorney for Defendant Pantheon Resources, Inc.*