# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Crypto Infiniti, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Blockquarry Corp. f/k/a ISW Holdings, Inc., Pantheon Resources, Inc., and Hylmen, LLC, <br><br> Defendants. | Case No. 7:24-cv-04911-TMC <br><br> **DEFENDANT HYLMEN, LLC'S ALTERNATIVE DISPUTE RESOLUTION ("ADR") STATEMENT AND CERTIFICATION** |

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he has (1) discussed the availability of mediation with Hylmen, LLC, (2) discussed the advisability and timing of mediation with opposing counsel; and (3) have agreed to mediation.

Dated:   January 10, 2025.

                                          Respectfully submitted,

                                          */s/ Trent M. Grissom*
                                          Trent M. Grissom (Federal Bar No. 10671)
                                          McGrath & Spielberger, PLLC
                                          7300 Carmel Executive Park Drive, Suite 300
                                          Charlotte, NC  28226
                                          Telephone: (704) 271-5000
                                          trent@mcgrathspielberger.com
                                          *Attorney for Defendant Hylmen, LLC*